IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 DEC -8 A 9:39

Kenneth Deshun Bell
Full name and prison number
of plaintiff(s)

v.

Craig Davidson
Shirley Johnson
Jeff Fuller
Randolph County

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:05CV1166-T
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Randolph County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Randolph County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Craig Davidson | |
| 2. Shirley Johnson | |
| 3. Jeff Fuller | |
| 4. Randolph County | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  11-25-05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: would not let me see a doctor because he said he could do that. Cruel and unusual punishment

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

11-25-05 I ask to see doctor and Craig Davidson refuse to let me see the doctor I asked him why and he said it wasn't nothing wrong with me. The doctor came and I didn't get to see him

**GROUND TWO:** _____

**SUPPORTING FACTS:** _____

**GROUND THREE:** _____

**SUPPORTING FACTS:** _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Want to be paid for my pain & suffering & I want Craig Davidson relieved of his duty because he does not go by the law.

*Kenneth Deshun Bell*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12-3-05
(Date)

*Kenneth Deshun Bell*
Signature of plaintiff(s)