| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ Davenport   ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>William Davenport   9/23/05 |
| 1. Article Addressed to:<br><br>Craig Davidson<br>Randolph County Jail<br>347 Main Street<br>Wedowee, AL   36278 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:        ☐ No |
| CAD   05-1166 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)       ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 0150 4149 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540