IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH DESHUN BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05-CV-1166-T |
| | ) | |
| CRAIG DAVIDSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants on January 23, 2006 (Court Doc. No. 8), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the defendants be GRANTED an extension from January 23, 2006 to and including January 30, 2006 to file their answer and special report.

Done this 24th day of January, 2006.


/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE