**Exhibit A**
**Inmate File of Kenneth Deshun Bell**
**Booking Sheet dated November 21, 2005**

Booking Number: 2050919

Charge: PROBATION REVOCATION

Book Date: 11-21-05     Time: 1045     Type: _____

Arrest Date: 11-21-05     Time: _____     Transfer In: _____

Arresting Agency: RCSO     Arresting Officer: SMOOTS

Booking Officer: D'ACQUISTO     Searched By: D'ACQUISTO

Type Search: Cloth ____  Metal ____  Pat ✓  Strip ____  Cavity ____

Photo Available: YES   Print Taken: YES   Phone Call Made: YES

Property In Property Room
Bag # WHITE BAG
- JACKET
- SHIRT (T) -
- PANTS -

Property In Safe
Money $ 15.44
- KEYS -
- MONEY CARD -

Signature of Inmate: X Kimelf Bell
Signature of Inmate Upon Release: _____

# Exhibit B
# Alacourt SJIS Report, CC 2004-000064-70



*alacourt.com's*

*Alabama SJIS CC/DC Case Detail (Probation Revocation)*

| Settings | Disposition | Sentence | Case Action Summary | Witness List | Financial | Enforcem |
|----------|-------------|----------|---------------------|--------------|-----------|----------|

| Case | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 56 RANDOLPH | Case Number | ●CC 2004 000064 70 | JID | RDM | DEF Status | J JAIL ESTS: N |
| Name | BELL KENNETH DESHUN | | | Alias | | | |
| Address 1 | 322 MULBERRY ST | | | Alias | | | |
| Address 2 | | | | SID | AL 000000000 | YDate | |
| Zip | 36274 0000 ROANOKE AL US | | | AS | | PR | 2004 007562 00 |
| DLNO | AL | DOB | 08061973 | SSN | | Race/Sex | B/M |
| Height | 6 01 | Weight | 189 | Eyes | BRO | Hair | BLK |
| Filed | 12212005 | AAGCY | C | Muni# | 00 | City | |
| Arrest | 11212005 | OffDT | | ORI | 0560000 | OFFC | |
| Indict | | Grand Jury | | Atty 1 | JAZ001 A | Tkt# | |
| Bond | | Type | | Bond Co | | REL | 00000000 |
| Sure | | CWIT | | JDMD | | APPL | |
| Tracking No's | 0000 000000 00 / 0000 000000 00 / 0000 000000 00 | | | | | | |
| Date | 1 03222006 | Que | 001 | Time | 0900 A | Desc | REVW |
| Charge 1 | PREV | **PROBATION REV** | | PROBATION REV | F OT | Counts | 001 |
| Charge 2 | | | | | | Counts | |
| Charge 3 | | | | | | Counts | |
| More | N | Dom Viol | N | Case Type | F | Case Cat | OT |
| Comment | | | | | | | |
| Settings | | | | | | | |
| Date 1 | 03222006 | Que | 001 | Time | 0900 A | Desc | REVW REVIEW DOCKET/HEAR |
| Date 2 | | Que | 000 | Time | 0000 | Desc | |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | JONES E PAUL | Atty 1 | JAZWINSKI MICHAEL S | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | | | |
| WARISS | | WARACT | | WARLOC | | | |
| BP ISS | | BP RTN | | | | | |
| Disposition | | | | | | | |
| CRT ACT | 2 PROB CONT/NOT REVOK | CADATE | 01122006 | Jury | Y | More | N |
| Charge 1 | PREV PROBATION REV PROBATION REV F O | | | Counts | 001 | CA | 2 01122006 |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | N |
| Comment | | | | | | | |
| CMP:N | SPRO:N | Due | 0000000000 | Warr:000 | SUBP:000 | Updated | 01122006 |
| Sentence | | | | | | | |
| Sent | | Begin | | End | | PRB BEG | |
| IMP CONF | 00 00 000 | SUSP CONF | 00 00 000 | TOTAL CONF | 00 00 000 | JAIL CRED | 00 00 000 |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV | 00000000 | | |
| Monetary: | COST | FINE IMP: 00000000 | SUSP: 00000000 | | CVCC | HIS | |
| | WCCS | MCOS 00000000 | JFEE 00000000 | | DRGF 0 | ASU | |
| | WCDA | REMB 00000000 | 3CVC 00000000 | | WARR 000 | USF | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | PREL | DRUG 00000000 | | RCUP 00000000 | | SUBP 000 |
| | RES1 00000000 | | RES2 00000000 | | | RES3 00000000 |
| | RES4 00000000 | | RES5 00000000 | | | RES6 00000000 |
| Confine: | PENT | LIFE | LWOP | DEATH | SPLIT | BOOT 000  EMON 00 |
| | JAIL | CCUR | CSEC | CTERM | RVSPL | GANG 000 |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV 0000  SAPP |
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER   DRUGCT |
| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | | HOOF 000 |
| | DRUG  CODE: | | MEAS: | VOL: 00000000 | | |
| SEC/CUR: | 00    000000000000 00 | | 00    000000000000 00 | | 00    000000000000 | |
| Comment: | | | | | | |
| BAL DUE | | DUE | | CRO | | Updated  01122006 |
| *Case Action Summary* | | | | | | |

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 12212005 | 1143 | JUDG | ASSIGNED TO: (RDM) RAY D. MARTIN (AR01) | MAL |
| 12212005 | 1143 | ARRS | DEFENDANT ARRESTED ON: 11/21/2005 (AR01) | MAL |
| 12212005 | 1143 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) | MAL |
| 12212005 | 1143 | FILE | FILED ON: 12/21/2005 (AR01) | MAL |
| 12212005 | 1143 | DAT1 | SET FOR: PROBATION REV ON 01/12/2006 AT 0900(AR01) | MAL |
| 12212005 | 1143 | ATY1 | ATTORNEY FOR DEFENDANT: JAZWINSKI MICHAEL S (AR01) | MAL |
| 12212005 | 1143 | FILE | CHARGE 01: PROBATION REV/#CNTS: 001 (AR01) | MAL |
| 12212005 | 1144 | CASP | CASE ACTION SUMMARY PRINTED (AR01) | MAL |
| 01122006 | 1026 | JFEL | JUROR FELONY FLAG SET ON FOR INDIVIDUAL (AR10) | MAL |
| 01122006 | 1026 | DISP | CHARGE 01 DISPOSED BY: PROB N/REVK ON: 01/12/2006 | MAL |
| 01122006 | 1026 | DISP | CHARGE 01: PROBATION REV/#CNTS: 001 (AR10) | MAL |
| 01122006 | 1026 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: RDM | MAL |
| 01122006 | 1026 | D001 | ENFORCEMENT STATUS SET TO: "N" (AR10) | MAL |
| 01122006 | 1050 | DAT1 | SET FOR: REVIEW DOCKET/HEAR ON 03/22/2006 AT 0900A | MAL |

**Exhibit C
Inmate File of Kenneth Deshun Bell
Inmate Information Card**

Name _Bell, Kenneth D._

Address _▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Roanoke, AL._

D.O.B. _▓▓▓▓▓▓▓_ Social Security # _▓▓▓▓▓▓▓▓▓_

Charge _Prob. Rev._

Age _32_ Color _B_ Sex _M_ Height _6'0_

Color Eyes _Bro_ Color Hair _Blk_ Comp. _____ Wt. _184_

Committed to Jail _11-21-05_ Time _1030_

Committed to Bail _01-12-06_ Time _1340_

Arrested by: _____ Sheriff

_Smoot P.D._ Deputy Sheriff

# Exhibit D
# Affidavit of Jeff Fuller

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **KENNETH DESHUN BELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO. 3:05-cv-1166-T** |
| | ) |
| **CRAIG DAVIDSON, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## AFFIDAVIT OF JEFF FULLER

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF RANDOLPH)** | |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Jeff Fuller, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Jeff Fuller. I am over the age of nineteen and competent to make this affidavit. I am the duly elected Sheriff of Randolph County, Alabama.

2.    I am familiar with the Plaintiff, Kenneth Deshun Bell, due to the fact that he has been incarcerated in the Randolph County, Alabama Jail.

3.    I am not personally familiar with the allegations made the basis of the Plaintiff's Complaint as the Plaintiff has never made any complaint to me specifically, either verbally or written.

4.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.      I did not deny the Plaintiff necessary medical care or treatment.  I have never denied necessary medical care or treatment to an inmate, nor have I ever authorized or allowed anyone to do so.

6.      It is the policy and procedure of the Randolph County Jail to provide prompt medical attention to each and every inmate upon their request.  A request may be submitted via a written request form or made verbally to a correctional officer.  The inmate is then put on the list to see the Nurse Practitioner, or, in emergency situations, taken immediately to the Wedowee Hospital across the street from the Jail.  Inmates can also be seen, at least weekly, by the jail Nurse Practitioner.

7.      The health and medical treatment of inmates at the Randolph County Jail is an important matter.  Every inmate request for medical attention is treated seriously by me and my staff.  Upon receipt of an inmate request for medical care, established procedures are followed to assure that a qualified health professional evaluates the inmate in a timely manner.

8.      The Randolph County Sheriff's Department operates the Randolph County Jail pursuant to sound policies and procedures which ensure that the rights of all inmates incarcerated therein are respected.  Members of the jail staff are trained both in house and at certified training programs and academies regarding all aspects of their jobs, including the administration of medical care to inmates.

9.      It is the policy of the Randolph County Sheriff's Department that all inmates confined in the Randolph County Jail be entitled to a level of health care comparable to that available to the citizens in the surrounding community in order that the inmates' physical and emotional well-being may be maintained.  All medical care rendered to inmates in the Randolph County Jail is delivered under the direction of a licensed health care practitioner.

10.    The Jailers at the Randolph County Facility have access to over-the-counter medication such as Tylenol, Ibuprofen, and Pepto-Bismol to distribute as needed to inmates.

11.    I appointed Shirley Johnson as my Jail Administrator to handle the day-to-day operation and supervision of the detention facility.

12.    I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

JEFF FULLER

**SWORN TO** and **SUBSCRIBED** before me this 30th day of January, 2006.

NOTARY PUBLIC
My Commission Expires: 03-09-08

# Exhibit E
# Affidavit of Shirley Johnson

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **KENNETH DESHUN BELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO. 3:05-cv-1166-T** |
| | ) |
| **CRAIG DAVIDSON, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### AFFIDAVIT OF SHIRLEY JOHNSON

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF RANDOLPH** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Shirley Johnson, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.     My name is Shirley Johnson.  I am over the age of nineteen and competent to make this affidavit.  I am the Jail Administrator of the Randolph County, Alabama, Jail, and have served as Jail Administrator since 1999.  I began my employment with the Randolph County Sheriff's Department in 1989 as a matron.  I am a graduate of Jail Management School.

2.     I am familiar with the Plaintiff, Kenneth Deshun Bell, due to the fact that he has been incarcerated in the Randolph County, Alabama Jail.

3.     I did not deny the Plaintiff necessary medical care or treatment.  I have never denied necessary medical care or treatment to an inmate, nor have I ever authorized or allowed anyone to do so.

4.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.    It is the policy and procedure of the Randolph County Jail to provide prompt medical attention to each and every inmate upon their request.  A request may be submitted via a written request form or made verbally to a correctional officer.  The inmate is then put on the list to see the Nurse Practitioner, or, in emergency situations, taken immediately to the Wedowee Hospital across the street from the Jail.  Inmates can also be seen, at least weekly, by the jail Nurse Practitioner.

6.    The health and medical treatment of inmates at the Randolph County Jail is an important matter.  Every inmate request for medical attention is treated seriously by me and my staff.  Upon receipt of an inmate request for medical care, established procedures are followed to assure that a qualified health professional evaluates the inmate in a timely manner.

7.    The Randolph County Sheriff's Department operates the Randolph County Jail pursuant to sound policies and procedures which ensure that the rights of all inmates incarcerated therein are respected.  Members of the jail staff are trained both in house and at certified training programs and academies regarding all aspects of their jobs, including the administration of medical care to inmates.

8.    It is the policy of the Randolph County Sheriff's Department that all inmates confined in the Randolph County Jail be entitled to a level of health care comparable to that available to the citizens in the surrounding community in order that the inmates' physical and emotional well-being may be maintained.  All medical care rendered to inmates in the Randolph County Jail is delivered under the direction of a licensed health care practitioner.

9.    The Jailers at the Randolph County Facility have access to over-the-counter medication such as Tylenol, Ibuprofen, and Pepto-Bismol to distribute as needed to inmates.

10.    The records in the Plaintiff's inmate file show that the Plaintiff was seen on December 6, 2005, by Nurse Practitioner Ricky Daniel because of complaints that his private parts were sore.  See Exhibit 1, Doctor's Call List dated December 6, 2005.  His prescription for Ciprofloxacin was filled the next day.  See Exhibit 2, Prescription Card dated December 7, 2005.  The records also show that the Plaintiff was given his prescribed medication regularly by the jail staff until his release from the Randolph County Jail.  See Exhibit 3, Medication Administration Record dated December 2005.

11.    Plaintiff has not complied with the grievance procedures of the Randolph County Jail.  I never received any grievance from the Plaintiff concerning any of the allegations made the basis of his Complaint. As there is a grievance procedure in the Randolph County Jail, it could have been used by the Plaintiff to make known any concerns he had regarding his incarceration.  I never received any such grievance, and to the best of my knowledge, no grievance was ever written and filed by the Plaintiff concerning these matters.  Had any grievance been submitted by the Plaintiff, it would have been placed in his inmate file per Jail policy.  However, Plaintiff's inmate file is devoid of any such grievance.

12.    I certify and state that the documents from Plaintiff's Inmate File and from the general Jail records provided to the Court which are attached to the Defendants' Special Report are true and correct copies of these records, kept at the Randolph County Jail in the regular course of business.  I am the Custodian of these Records.

3

13.    I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

SHIRLEY JOHNSON

**SWORN TO** and **SUBSCRIBED** before me this the 30th day of January, 2006.

NOTARY PUBLIC
My Commission Expires: 3-9-08

4

**Exhibit 1**
**Doctor's Call List dated December 6, 2005**

# RANDOLPH COUNTY JAIL DOCTOR'S CALL LIST

CLINIC 357-2188      FAX 357-2165      DATE 12-6-05

| CELL | COMPLETE INMATE NAME | DOB | COMPLAINT |
|------|----------------------|-----|-----------|
| C | | | |
| C | | | |
| B | | | |
| D | | | |
| C | | | |
| D | | | |
| B | | | |
| B | Kenneth Bell | 8-6-73 | Private parts sore |
| D | | | |
| A | | | |
| D | | | |
| C | | | |
| D | | | |
| C | | | |
| A | | | |
| D | | | |
| C | | | |
| D | | | |

# Exhibit 2
# Prescription Card dated December 7, 2005

H & M DRUG
HAROLD HARMON - PHARMACIST
PHONE 357-4514          WEDOWEE, AL 36278
✓ Rx# 574637     12/07/05     Rph: AJS
KENNETH BELL
JHR, WEDOWEE, AL 36278
Dr. KAREN STONE

NDC:00143-9928-01
CIPROFLOXACIN 500MG
(Generic substitution CIPRO 500MG)
NO REFILL LEFT
Qty: 14     Price: $ 29.95   discounted

H & M DRUG
PHARMACIST

RECEIPT

**Exhibit 3**
**Medication Administration Record**
**Dated December 2005**

**Kenneth Bell**
INMATE NAME

**12-2005**
MONTH/YEAR

| MEDICATION | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Profloxcin 1 @ | BRK | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | LUN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1 @ | DIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BRK | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | LUN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | DIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BRK | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | LUN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | DIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BRK | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | LUN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | DIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BRK | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | LUN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | DIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BRK | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | LUN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | DIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BRK | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | LUN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | DIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BRK | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | LUN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | DIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | BED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

# Exhibit F
# Affidavit of Craig Davidson

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KENNETH DESHUN BELL,           )
                               )
        Plaintiff,             )
                               )
vs.                            )  CIVIL ACTION NO. 3:05-cv-1166-T
                               )
CRAIG DAVIDSON, et al.,        )
                               )
Defendants.                    )

## AFFIDAVIT OF CRAIG DAVIDSON

STATE OF ALABAMA          )
                          )
COUNTY OF RANDOLPH        )

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Craig Davidson, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Craig Davidson.  I am over the age of nineteen and competent to make this affidavit.  I have been employed by the Randolph County Sheriff's Department for over three years as a Captain.  I am currently employed at the Randolph County Detention Facility, as the Assistant Jail Administrator.  Before coming to Randolph County, I served as a Sergeant at the Chambers County Sheriff's Department for three years and as a jailer for two months.  I am a graduate of Jail Management School.

2.      I am familiar with the Plaintiff, Kenneth Deshun Bell, due to the fact that he has been incarcerated in the Randolph County, Alabama Jail.

3.      I did not deny the Plaintiff necessary medical care or treatment.  I have never denied necessary medical care or treatment to an inmate, nor have I ever authorized or allowed anyone to do so.

4.      I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.      It is the policy and procedure of the Randolph County Jail to provide prompt medical attention to each and every inmate upon their request.  A request may be submitted via a written request form or made verbally to a correctional officer.  The inmate is then put on the list to see the Nurse Practitioner, or, in emergency situations, taken immediately to the Wedowee Hospital across the street from the Jail.  Inmates can also be seen, at least weekly, by the jail Nurse Practitioner.

6.      The health and medical treatment of inmates at the Randolph County Jail is an important matter.  Every inmate request for medical attention is treated seriously by me and my staff.  Upon receipt of an inmate request for medical care, established procedures are followed to assure that a qualified health professional evaluates the inmate in a timely manner.

7.      The Randolph County Sheriff's Department operates the Randolph County Jail pursuant to sound policies and procedures which ensure that the rights of all inmates incarcerated therein are respected.  Members of the jail staff are trained both in house and at certified training programs and academies regarding all aspects of their jobs, including the administration of medical care to inmates.

8.      It is the policy of the Randolph County Sheriff's Department that all inmates confined in the Randolph County Jail be entitled to a level of health care comparable to that available to the citizens in the surrounding community in order that the inmates' physical and

2

emotional well-being may be maintained. All medical care rendered to inmates in the Randolph County Jail is delivered under the direction of a licensed health care practitioner.

9.      The Jailers at the Randolph County Facility have access to over-the-counter medication such as Tylenol, Ibuprofen, and Pepto-Bismol to distribute as needed to inmates.

10.     Plaintiff has not complied with the grievance procedures of the Randolph County Jail. I never received any grievance from the Plaintiff concerning any of the allegations made the basis of his Complaint. As there is a grievance procedure in the Randolph County Jail, it could have been used by the Plaintiff to make known any questions or concerns he had regarding his incarceration. I never received any such grievance, and to the best of my knowledge, no grievance was ever written by the Plaintiff concerning these matters. Had any request form or grievance been submitted by the Plaintiff, it would have been placed in his inmate file per Jail policy. However, Plaintiff's inmate file is devoid of any such grievance.

11.     I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.


_____
CRAIG DAVIDSON

**SWORN TO** and **SUBSCRIBED** before me this 30th day of January, 2006.


_____
NOTARY PUBLIC
My Commission Expires: 03·09-08

3

# Exhibit G
# Inmate File of Kenneth Deshun Bell
# Health Screening Form

HEALTH SCREENING FORM

1. HAVE YOU EVER HAD OR BEEN TREATED FOR:

___N___ ASTHMA        ___N___ ALCOHOLISM
___N___ HEART CONDITION    ___N___ MENTAL ILLNESS
___N___ HYPERTENSION      ___N___ VENERAL DISEASE
___Y___ DIABETES         ___N___ TUBERCULOSIS
___N___ EPILEPSY OR SEIZURE    ___Y___ ULCER
___N___ DRUG ADDICTION     ___N___ HEPATITIS
___N___ FAINTING SPELLS     ___N___ HIGH BLOOD PRESSURE
                             ANY OTHER

IF ANY RESPONSE IS YES, EXPLAIN AND GIVE DATE OF LAST TREATMENT
_____

___N___ 2. HAVE YOU RECENTLY BEEN HOSPITALIZED OR TREATED BY A DOCTOR?
EXPLAIN_____
___N___ 3. DO YOU CURRENTLY TAKE PRESCRIBED MEDICATION?
EXPLAIN_____
___N___ 4. HAVE YOU EVER ATTEMPTED SUICIDE OR ARE YOU THINKING ABOUT IT NOW?  EXPLAIN_____
___Y___ 5. DO YOU USE ALCOHOL OR STREET DRUGS?
EXPLAIN BEER _____
___Y___ 6. ARE YOU ALLERGIC TO ANYTHING?
EXPLAIN   CHOCLATE _____
___N___ 7. DO YOU REQUIRE A SPECIAL DIET PRESCRIBED BY A DOCTOR?
EXPLAIN_____
___N___ 8. ARE THERE ANY CERTAIN FOOD YOU CANNOT EAT?
EXPLAIN_____
___N___ 9. HAVE YOU EVER BEEN DETERMINED TO BE HIV POSITIVE?
WHEN?_____
___Y___ 10. DO YOU HAVE PROBLEMS WITH YOUR TEETH?
EXPLAIN BROKE _____
___N___ 11. ARE THERE ANY OTHER MEDICAL PROBLEMS WE SHOULD KNOW ABOUT?  EXPLAIN_____
_____ 12. DO YOU HAVE PERSONEL DOCTOR? WHO?_____

CHECK ONE
___√___ THIS INMATE WAS COOPERATIVE IN RESPONDING TO THE ABOVE QUESTIONS AND ALLOWING ME TO OBSERVE HIM.
_____ THIS INMATE REFUSED OR WAS UNABLE TO COOPERATE AND REFUSED TO ANSWER MY QUESTIONS CONCERNING HIS MEDICAL HISTORY AND/OR POTENTIAL FOR SUICIDE.  REASON FOR INABILITY:
_____
_____

# Exhibit H
# Wedowee Hospital Clinic Medical Records
# Dated December 6, 2005

STATE OF ALABAMA                    )

RANDOLPH COUNTY                     )

### CERTIFICATION OF RECORDS

I, *Margaret Carwood*, of the office of the Wedowee Hospital Clinic,
do hereby certify that the documents annexed are a true copy from the original records of

Kenneth Deshun Bell, SSN:              DOB              which are authorized by law

to be and are, in fact, made and maintained in the regular and ordinary course of business

and on file at the office of the Wedowee Hospital Clinic and in its legal custody.

Executed this *26th* day of *January*, *2006*.

Sworn to and subscribed before me this *26th* day of *January*, *2006*.

(SEAL)

Notary Public
My Commission Expires

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Aug 5, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

## WEDOWEE HOSPITAL CLINIC
## RANDOLPH COUNTY SHERIFF'S DEPARTMENT

PATIENT'S NAME: Kenneth Bell    DOB ▓▓▓▓▓ SS#

CHIEF COMPLAINT/HPI: " My testicle are sore sore
in lower abd - no disding
from penis

DATE: 12/06/05 AGE: _____ WT: _____
PMH: _____

SOCIAL HX: _____

FAMILY HX: _____

### PHYSICAL EXAM

T: _____ P: 76 R: 20 B/P: _____ LMP: _____
VISION: RIGHT 20/_____ LEFT 20/_____ BOTH: 20/_____
WITH CORRECTIVE LENSES   WITHOUT CORRECTIVE LENSES
HEENT: PERRLA, TM's clear Bil nares clear, punch
NECK: supple ō l/u/x
CHEST: CTA
CV: RRR
ABD: soft non tender
EXT: free ru
MUSCULOSKELETAL:
SKIN: warm & dry no lesion
GU: testicle are tender to palpation
RECTAL: Prostate no lesion

IMPRESSION: testicular tenderness

PLAN: Cipro 500 mg ī bid

NAME OF MEDICAL EXAMINER: _____ SIGNATURE: _____