IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH DESHUN BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:05-cv-1166-T |
| | ) |
| CRAIG DAVIDSON, et al., | ) |
| | ) |
| Defendants. | ) |

## ANSWER

COME NOW Jeff Fuller, Shirley Johnson, Craig Davidson, and Randolph County, Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows.

### Answer

The Defendants in this action deny each and every allegation made by the Plaintiff, Kenneth Deshun Bell, and demand strict proof thereof. The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

### Affirmative Defenses

1.  The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2.  The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

3.  The Defendants in this matter, in their official capacity, is entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

1

4. Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

5. The Plaintiff's claims are barred by the Prison Litigation Reform Act.

6. Plaintiff fails to allege any affirmative causal link between the alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional violation.

7. Defendants are not liable based upon *respondeat superior* theories of liability.

8. The Plaintiff cannot prove a violation of his rights under the Eighth or Fourteenth Amendments to the United States Constitution.

9. Defendants were not deliberately indifferent in any respect.

10. Randolph County cannot be held liable for any alleged constitutional violation.

11. Plaintiff's claims are moot.

Respectfully submitted this the 20th day of January, 2006.

        **s/ C. Richard Hill, Jr.**
        C. RICHARD HILL, JR. Bar No. HIL045
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: rhill@webbeley.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 20th day of January, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

    Kenneth Deshun Bell
    Randolph County Jail
    322 Mulberry Street
    Roanoke, AL 36274

        **s/C. Richard Hill, Jr.**
        OF COUNSEL