IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH DESHUN BELL,         ) | |
| ) | |
|     Plaintiff,         ) | |
| ) | |
| v.         ) | CIVIL ACTION NO. 3:05cv1166-MHT |
| ) | (WO) |
| CRAIG DAVIDSON, *et al.,*         ) | |
| ) | |
|     Defendants.         ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action be and is hereby dismissed.

Done this 16th day of March, 2006.

                                                  /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE